07CR 813 MAGISTRATE JUDGE VALDEZ

813

| CDIL PROB 22<br>(Rev. 4/97)<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>CDIL Docket No.<br>01-10030-002 |
|---|---|
| JUDGE HIBBLER | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br><br>MAURICE LOVE | DISTRICT:<br><br>CENTRAL DISTRICT<br>OF ILLINOIS | DIVISION<br><br>PEORIA |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>HONORABLE JOE BILLY McDADE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/16/07 | TO<br>07/15/12 |

OFFENSE

POSSESSION OF A FIREARM IN CONNECTION WITH A DRUG TRAFFICKING OFFENSE
18 U.S.C. § 924(c)

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

11/2/2007
Date

*Joe B McDade*
HONORABLE JOE BILLY McDADE
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC - 4 2007  FILED
Effective Date

United States District Judge

DEC 5 2007
DEC 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JMC:cdb

07CR    813

UNITED STATES GOVERNMENT

MEMORANDUM

DATE:          November 29, 2007                    JUDGE HIBBLER

REPLY TO
  ATTN OF:     U. S. Probation Office
               55 East Monroe Street,  Room 1500
               Chicago, Illinois    60603          MAGISTRATE JUDGE VALDEZ

SUBJECT:       Transfer of Jurisdiction

TO:            Mrs. Alyce Mobley-Morris
               Courtroom Deputy to Chief Judge Holderman
               U. S. Court House, Room 2548


               RE:   LOVE, Maurice

               DOCKET NO. OF
               TRANSFERRING COURT: 01-10030-002

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our
district.  Please return the signed copies accepting jurisdiction to this
office.

Thank you.

Attachment

cc:    Lisa J Kristie
       U. S. Probation Officer

taw

FILED

DEC 05 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED

DEC  5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT